

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

| | | |
|---|---|---|
| D-1 | Zainab Aliasgar Hakim | |
| | (A/K/A "Z") | |
| D-2 | Amatullah Aliasgar Hakim | |
| | (A/K/A "A") | |
| D-3 | Paige Elizabeth Feyock | |
| D-4 | Ahmet Kerem Korkaya | |
| | (A/K/A "Met") | |
| D-5 | Jonathan Hongru Zou | |
| D-6 | Alexander Matthew Sepulveda | |
| D-7 | Mariam Muhammed Odeh | |
| D-8 | Colin Hunter Weger | |
| | (A/K/A "Beams"), | |

        Defendants

_____/

Case: **5:26-cr-20306**
Assigned To : **Levy, Judith E.**
Referral Judge: **Stafford, Elizabeth A.**
Assign. Date : **5/20/2026**
Description: **USA v. Sealed (jo)**

**FILED**
**CLERK'S OFFICE**

**MAY 2 0 2026**

**U.S DISTRICT COURT**
**EASTERN MICHIGAN**

FILED UNDER SEAL

## GOVERNMENT'S MOTION AND SUPPORTING BRIEF
## TO SEAL INDICTMENT AND ARREST WARRANTS

The United States of America hereby moves for an order sealing the

Indictment and Arrest Warrants in this case and states:

1. The indictment in this case charges the Defendants with one or more federal

crimes.

2. Rule 6(e)(4) of the Federal Rules of Criminal Procedure provides:

    *(4) Sealed Indictment.* The magistrate judge to whom an indictment is
returned may direct that the indictment be kept secret until the defendant is

in custody or has been released pending trial.  The clerk must then seal the indictment, and no person may disclose the indictment's existence except as necessary to issue or execute a warrant or summons.

Fed.R.Crim.P. 6(e)(4).

3.  The government requests that the Indictment and Arrest Warrants be sealed because it is concerned that the Defendants may attempt to flee, destroy evidence, or intimidate witnesses if the Indictment and Arrest Warrants becomes a matter of public record before the Defendants are arrested.

WHEREFORE, the government requests this Court to issue an order sealing the Indictment and Arrest Warrants.

Respectfully submitted,

**Jerome F. Gorgon Jr.**
United States Attorney

*s/Margaret Smith*
Margaret Smith  P71413
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
Margaret.Smith@usdoj.gov
313-226-9135

Dated:  May 20, 2026