UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
        Plaintiff,

                                    No. 5:26-cr-20306-JEL-EAS-4
v.                                  Hon. Judith Levy

Ahmet Korkaya,
        Defendant.

---

**Stipulation and Order to Allow Travel**

---

Defendant Ahmet Korkaya resides in Wisconsin and has been released on a $10,000 unsecured bond.  He is wearing a tether and has a curfew of 8 am to 8 pm.  He has abided by all bond conditions.  There have been no alleged violations.  He is looking to travel to the Eastern District of Michigan with his wife so they can visit their parents over the July 4 holiday.  The Government has no objection to this request so long as he abides by the following conditions:

1. Defendant will leave his home in Wisconsin on Friday July 3, 2026 after 8 am CST.

2. Defendant will arrive in the Eastern District of Michigan before 8 pm EST on Friday July 3, 2026.

3. While in the EDMI, Defendant will reside at his parents' home located at 6358 Rose Blvd., West Bloomfield, MI 48322.

4. Defendant will abide by his curfew restrictions.

5. Defendant will leave the EDMI after 8 am EST on Sunday July 5, 2026.

6.  Defendant will arrive at his home in Wisconsin by 8 pm CST on Sunday

July 5, 2026.

The parties stipulate to this travel request sought by Defendant Korkaya.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

| | |
|---|---|
| _/s/ Margaret Smith_ (with permission) | _/s/ Jamil K. Khuja_ |
| Margaret Smith | Jamil K. Khuja |
| Assistant U.S. Attorney | Attorney for Defendant |
| 211 W. Fort St., Ste. 2001 | The Khuja Law Firm, P.L.L.C. |
| Detroit, Michigan 48226 | 1360 Porter St. Suite 200 |
| Phone: (313) 226-9637 | Dearborn, MI 48124 |
| margaret.smith@usdoj.gov | (313) 263-3353 |
| | jamil@khujalaw.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,
     Plaintiff,

                             No. 5:26-cr-20306-JEL-EAS-4

v.                             Hon. Judith Levy

Ahmet Korkaya,
     Defendant.

---

### Order to Allow Travel

---

The Court has considered Defendant Korkaya's travel request that has been stipulated to by the Government.  The Court finds that the ends of justice are served by granting Defendant's request to travel. Following are the agreed upon conditions.[1]

IT IS THEREFORE ORDERED Defendant Korkaya may travel to Michigan as long as he abides by the following conditions:

1. Defendant will leave his home in Wisconsin on Friday July 3, 2026 after 8 am CST.

2. Defendant will arrive in the Eastern District of Michigan before 8 pm EST on Friday July 3, 2026.

---

[1] The parties are advised that, in the future, stipulations and proposed orders <u>must</u> be submitted to the Court via the link located under the Utilities section of ECF in a Microsoft Word compatible format, as set forth in the Eastern District of Michigan's Electronic Filing Policies and Procedures R1(n) and R12(a)(1).

3.  While in the EDMI, Defendant will reside at his parents' home located at

    6358 Rose Blvd., West Bloomfield, MI 48322.

4.  Defendant will abide by his curfew restrictions.

5.  Defendant will leave the EDMI after 8 am EST on Sunday July 5, 2026.

6.  Defendant will arrive at his home in Wisconsin by 8 pm CST on Sunday

    July 5, 2026.

IT IS SO ORDERED.

Dated: June 30, 2026                         s/Judith E. Levy
Ann Arbor, Michigan                          JUDITH E. LEVY
                                             United States District Judge

4