Gmail

**Jamil Khuja <jamil@khujalaw.com>**

---

## Ahmet IS motion

3 messages

---

**Grano, Daniel (AG)** <GranoD@michigan.gov> Thu, Aug 28, 2025 at 11:05 AM
To: "jamil@khujalaw.com" <jamil@khujalaw.com>
Cc: "Logan, LaDonna (AG)" <LoganL3@michigan.gov>

Jamil:

We have discovered some new evidence and I'll be withdrawing our motion and IS to Ahmet. We will be in touch when and if we are ready to charge.

Dan

---

**Jamil Khuja** <jamil@khujalaw.com> Thu, Aug 28, 2025 at 11:21 AM
To: "Grano, Daniel (AG)" <GranoD@michigan.gov>
Cc: "Logan, LaDonna (AG)" <LoganL3@michigan.gov>

Ok so will you notify the court that the motion is withdrawn and none of us will be appearing next week?

Jamil Khuja
Attorney and Counselor at Law
1360 Porter St.
Suite 200
Dearborn, MI 48124
(313) 263-3353
jamil@khujalaw.com

**NOTE: This email message, including any attachments, may be privileged and confidential communication. If you, the reader of this message, are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, forwarding, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender by email or telephone, and delete the original message immediately. Any advice given in this correspondence should not be considered legal advice and may not apply to your situation.**

[Quoted text hidden]

---

**Grano, Daniel (AG)** <GranoD@michigan.gov> Thu, Aug 28, 2025 at 11:23 AM
To: Jamil Khuja <jamil@khujalaw.com>
Cc: "Logan, LaDonna (AG)" <LoganL3@michigan.gov>

Correct.

---

**From:** Jamil Khuja <jamil@khujalaw.com>
**Sent:** Thursday, August 28, 2025 11:21:05 AM
**To:** Grano, Daniel (AG) <GranoD@michigan.gov>
**Cc:** Logan, LaDonna (AG) <LoganL3@michigan.gov>
**Subject:** Re: Ahmet IS motion

| **CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov** |
|---|

[Quoted text hidden]